**Dismissed and Memorandum Opinion filed March 29, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-11-00593-CV

---

### NATHANIEL CLAYTON WEATHERS, Appellant

### V.

### ATTORNEY GENERAL OF TEXAS, Appellee

---

**On Appeal from the 387th District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCV-188531**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed June 6, 2011. In its brief appellee alleged that the appeal should be dismissed for want of jurisdiction because the order specifically reserved "all issues regarding ongoing child support, retroactive child support, medical support, retroactive medical support and visitation until Nathaniel Clayton Weathers is released from incarceration." The record supports appellee's contention.

Appellee filed a petition to establish the parent-child relationship pursuant to chapter 231 of the Texas Family Code. In the petition, appellee asked the court to determine the parentage of a child, to order both current and retroactive child support, and medical support and requested the court to appoint appropriate conservators. Appellant was named as the presumed father. Appellant denied parentage and requested paternity testing. The trial court did not order testing, and appellant did not appear for the trial setting. The court entered a default order from which appellant appeals. In the order, however, the court reserved decision on child support, medical support, and visitation until appellant is released from incarceration. The order, therefore, is not a final order and, as such, is not appealable.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if permitted by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). The order is not final, and no statute permits interlocutory appeal.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.